UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**Daigle**                               Case N0. 6:17-cv-01032

**Versus**                               **Unassigned District Judge**

**Aviva Insurance Co**                   **Magistrate Judge Carol B Whitehurst**

### JUDGMENT OF DISMISSAL

The parties having reached an amicable resolution through a settlement conference with the undersigned,

**IT IS ORDERED** that this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that the parties are to submit to the Court a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41 within sixty (60) days of entry of this judgment.

The Court retains jurisdiction over the settlement of this action under Kokkonen v. Guardian Life, 511 U.S. 375, 114 S.Ct. 1673 (1994).

**THUS DONE AND SIGNED** on this 10th day of September, 2018 in Lafayette, Louisiana.

_____
UNITED STATES DISTRICT JUDGE